# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ALAN GONZALES, MARGARET GONZALES, RICHARD GONZALES, STEPHEN GONZALES | § § § § § | PLAINTIFFS |
| v. | § § § § § | Civil Action No. 1:02CV37-LG-JMR |
| NORBERT KOHNKE | § | DEFENDANT |

## JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55

THIS CAUSE came on for hearing before the Court on Plaintiffs' Motions for Judgment [41 & 42] against Defendant, Norbert Kohnke, pursuant to FED. R. CIV. P. 55. The issues having been duly heard and considered and a decision having been duly rendered in the form of findings stated orally and recorded in open court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiffs' Motions for Judgment [41 & 42] should be and are hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs shall recover of Defendant the sum of $7350.00, in compensatory damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs shall recover of the Defendant the sum of $29,400.00, in exemplary damages and attorney's fees.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall recover of Defendant the total sum of $36,750.00, with interest thereon at the rate of five percent as provided by law.

**IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate process may issue for collection of this judgment.

**SO ORDERED AND ADJUDGED** this the 19th day of July, 2007.

s/ *Louis Guirola, Jr.*  
LOUIS GUIROLA, JR.  
UNITED STATES DISTRICT JUDGE